**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

**CHARLES RICHARD VANDIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1256764-M**

## ORDER

The Court **DENIES** appellant's pro se motion for show cause order.

/s/     MICHAEL J. O'NEILL
          JUSTICE